IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-13-599-2 |
| | § | |
| CARLOS ERNEST ZUNIGA, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The defendant filed an unopposed motion to reset the sentencing hearing (Docket Entry No. 93). The motion is granted.  The sentencing is reset to **February 10, 2015, at 9:30 a.m.**

SIGNED on January 16, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge