IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CRIMINAL ACTION NO. H-13-599-2 |
| § | |
| CARLOS ERNEST ZUNIGA, § | |
| § | |
| Defendant. § | |

## ORDER

The defendant filed an unopposed motion to reset the sentencing hearing (Docket Entry No. 100). The motion is granted. The sentencing is reset to **March 18, 2015, at 9:00 a.m.**

SIGNED on February 20, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge